# United States District Court
# Central District of California

| | |
|---|---|
| JAMES HERMON,<br><br>             Plaintiff,<br><br>     v.<br><br>U.S. FOODS INC. dba U.S. FOODSERVICE, INC.; and DOES 1–10, inclusive,<br><br>             Defendants. | Case No. 2:13-cv-9511-ODW(MANx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

The Court is in receipt of a Notice of Settlement indicating that the parties have resolved this action in its entirety. (ECF No. 26.)  Therefore, the Court **VACATES** all outstanding dates in this action and **ORDERS** the parties to **SHOW CAUSE** in writing **no later than Thursday, September 4, 2014**, why they have not finalized settlement.  No hearing will be held.  The Court will discharge this Order upon the filing of a stipulated dismissal.

**IT IS SO ORDERED.**

July 21, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**